CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED Dville
MAR 11 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TAMMY S. TAYLOR, | ) | CASE NO. 4:07CV00029 |
| Plaintiff | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | By: B. Waugh Crigler<br>U. S. Magistrate Judge |
| Defendant | ) | |

The parties having agreed, it is

RECOMMENDED

that a presiding District Judge enter an Order granting the defendant's March 6, 2008 Motion to Remand and REMAND this case to an Administrative Law Judge for further evaluation of plaintiff's mental impairment and a new decision. The remand is to be pursuant to the fourth sentence of 42 U. S. C. § 405(g).

The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
Judge

March 11, 2008
Date