IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TAMMY S. TAYLOR, | ) | Case No. 4:07CV00029 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

On July 30, 2007, this Court entered an *Order* referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Commissioner filed a motion to remand the case on March 6, 2008, for further evaluation of Plaintiff's mental impairment and a new decision. The Magistrate Judge filed his *Report and Recommendation* on March 11, 2008, concurring with the Commissioner that the case should be remanded.

With no objections having been made to the Magistrate Judge's *Report* within ten (10) days of its service upon the parties, I adopt the Magistrate Judge's *Report*. Accordingly, it is this day **ORDERED** that this case be remanded to the Social Security Administration for a *de novo* hearing by an Administrative Law Judge.

The Clerk is directed to send a copy of this Order to counsel as well as to Magistrate Judge Crigler.

ENTERED this 27th day of March, 2008.

                                                             s/Jackson L. Kiser

                                                             Senior United States District Judge